IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 10-05455 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CARMINA BASTO, | |
| Defendant. / | |

Having granted Plaintiff's Motion for a Default Judgment (see dkt. 28), the Court hereby ENTERS judgment against Defendant, and for Plaintiff, in the amount of $4,200.00.

**IT IS SO ORDERED.**

Dated: June 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5455\judgment.wpd