**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,                    No. C 10-05455 CRB

      Plaintiff,                                   **JUDGMENT**

  v.

CARMINA BASTO,

      Defendant.
_____/

    Having granted Plaintiff's Motion for a Default Judgment (see dkt. 28), the Court

hereby ENTERS judgment against Defendant, and for Plaintiff, in the amount of $4,200.00.

    **IT IS SO ORDERED.**

Dated: June 18, 2012                    _____
                                        CHARLES  R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5455\judgment.wpd